In the Matter of the Judicial Settlement of the Account of STEUBEN TRUST COMPANY OF HORNELL, NEW YORK, and the Account of EDWARD J. COUGHLIN, as Administrators With the Will Annexed, etc., of H. SHATTUCK COUGHLIN, Deceased. VERNON PURDY, RAYMOND FITZGIBBONS and HOWARD COOGAN, Legatees, Appellants.— Decree so far as appealed from and orders affirmed, without costs of this appeal to any party. All concur. (The portion of the decree appealed from denies payment of three legacies to each of three legatees. One order denies a motion of the legatees for trial by jury; one order denies a motion for payment of the legacies. The proceeding is for the settlement of the accounts of administrators.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.

In the Matter of the Judicial Settlement of the Account of STEUBEN TRUST COMPANY OF HORNELL, NEW YORK, and the Account of EDWARD J. COUGHLIN, as Administrators With the Will Annexed, etc., of H. SHATTUCK COUGHLIN, Deceased. VERNON PURDY, RAYMOND FITZGIBBONS and HOWARD COOGAN, Appellants.— Order so far as appealed from reversed on the law and facts, without costs of this appeal to any party, and the case on appeal settled as contained in the printed record filed on the appeal from the decree of judicial settlement. All concur. (The portion of the order appealed from denies appellant's motion to settle the proposed case on appeal and provides that certain evidence in the proceedings be deleted from the printed record.) Present — Crosby, P. J., Cunningham, Taylor, Dowling, and Harris, JJ.

WILLIAM R. HUSTED, as Administrator, etc., of GLADYS E. HUSTED, Deceased, Respondent, v. ROBERT E. WOODRUFF and JOHN A. HADDEN, as Trustees of the ERIE RAILROAD COMPANY, Appellants.— Judgment and order affirmed, with costs. All concur. (The judgment is for plaintiff in a railroad negligence action. The order denies a motion for a new trial.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.

In the Matter of the Complaint of BETTY VIOLA CLEMENT, Respondent, against RICHARD VASARD, Appellant.— Order affirmed, without costs of this appeal to either party. All concur. (The order adjudges defendant to be the father of complainant's child and directs him to pay toward its support and maintenance in a filiation proceeding.) Present — Cunningham, Taylor, Dowling, Harris and McCurn, JJ.